No. 03–388.   BATES ET AL. *v.* DOW AGROSCIENCES LLC.   C. A. 5th Cir.   Certiorari granted.

No. 03–855.   CITY OF SHERRILL, NEW YORK *v.* ONEIDA INDIAN NATION OF NEW YORK ET AL.   C. A. 2d Cir.   Certiorari granted.

No. 03–1395.   TENET, INDIVIDUALLY AND AS DIRECTOR OF CENTRAL INTELLIGENCE AND DIRECTOR OF THE CENTRAL INTELLIGENCE AGENCY, ET AL. *v.* DOE ET UX.   C. A. 9th Cir.   Certiorari granted.

No. 03–1454.   ASHCROFT, ATTORNEY GENERAL, ET AL. *v.* RAICH ET AL.   C. A. 9th Cir.   Certiorari granted.

No. 03–9046.   RHINES *v.* WEBER, WARDEN.   C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.   Certiorari granted.

No. 03–9560.   HOWELL, AKA COX *v.* MISSISSIPPI.   Sup. Ct. Miss.   Motion of petitioner for leave to proceed *in forma pauperis* granted.   Certiorari granted.   In addition to the question presented by the petition, the parties are directed to brief and argue the following question: "Was petitioner's federal constitutional claim properly raised before the Mississippi Supreme Court for purposes of 28 U. S. C. §1257?"

No. 03–9659.   MILLER-EL *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.   C. A. 5th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* granted.   Certiorari granted.

No. 03–932.   DURA PHARMACEUTICALS, INC., ET AL. *v.* BROUDO ET AL.   C. A. 9th Cir.   Motion of Securities Industry Association for leave to file a brief as *amicus curiae* granted.   Certiorari granted.

No. 02–1864.   CONOVER *v.* AETNA US HEALTHCARE, INC., ET AL.   C. A. 10th Cir.   Certiorari denied.